UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BIKRANT BANTHA-MAGAR,<br>Plaintiff | CIVIL DOCKET NO. 1:20-CV-00759<br>SEC P |
| VERSUS | JUDGE DRELL |
| KEITH DEVILLE ET AL,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 8), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Motion to Dismiss (ECF No. 5) is GRANTED and the Petition (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 28th day of December, 2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE